Prestell SERVANCE, Appellant,

v.

The STATE of Texas, Appellee.

No. 27633.

Court of Criminal Appeals of Texas.

May 25, 1955.

No attorney on appeal for appellant.

Elmer McVey, County Atty., Fairfield, Leon Douglas, State's Atty., Austin, for the State.

## PER CURIAM.

The offense is murder; the punishment, eight years in the penitentiary.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review.

The judgment is affirmed.